IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

ALAN ALLBRITTEN,

    Plaintiff,

vs.                                    CASE NO. 2016____

BISHOP STATE COMMUNITY COLLEGE;

    Defendant.

## COMPLAINT

COMES NOW the Plaintiff and alleges as follows:

1. Plaintiff is an employee of Bishop State Community College, and adult resident of Mobile County, Alabama.

2. Defendant Bishop State Community College is a two-year community college operating under the supervision of the Alabama Department of Post-Secondary Education.

3. This is an action for employment discrimination, and specifically for violation of the federal Wage and Overtime Act.

4. Plaintiff has been employed in the position of ACR Instructor since 2000, but until 2014 was been improperly classified in his pay schedule. Despite repeated attempts to correct this problem, he has lost $ 1,200.00 to $ 3,000.00 per year in salary, plus retirement benefits, until his classification was corrected in September, 2014, from Rank 1B to 1A.

## COUNT I: FSLA Violation

5. Plaintiff incorporates by reference the allegations contained in paragraphs one through four above, as though fully stated herein.

6. Plaintiff is owed unpaid overtime compensation, in excess of $50,000.00, pursuant to violations of the Fair Labor Standards Act of 1938, 29 U.S.C. Section 8, et seq.

**WHEREFORE**, Plaintiff demands a judgment against the Defendant for the following relief:

 a. Compensatory damages in an amount which will compensate the Plaintiff for his financial losses, plus interest.

 b. Punitive damages based on the nature of the Defendant's deliberate conduct.

 c. A finding that the Defendant has violated the Plaintiffs civil rights.

 d. Payment of reasonable statutory civil rights attorney fees incurred in the prosecution of this action.


BY: /s/*Steven L. Terry*

STEVEN L. TERRY (TER011)

Attorney for Plaintiff
steventerry2@netzero.net
1409-B Government Street
Mobile, AL 36604
251.432.4800