IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHTHERN DIVISION

| | |
|---|---|
| ALAN ALLBRITTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 16-0053-CG-C |
| | ) |
| BISHOP STATE COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated May 23, 2016 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 8th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE